TROJAN RAILWAY COMPANY, Respondent, *v.* ELIAS P. MANN,
as Mayor of the City of Troy, et al., Appellants.

*Trojan Railway Co.* v. *City of Troy,* 125 App. Div. 362, affirmed.
(Argued May 31, 1909; decided June 18, 1909.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered April 1, 1908, which reversed an interlocutory
judgment of Special Term sustaining demurrers to the com-
plaint and an order denying a motion to continue a preliminary
injunction, overruled such demurrers and granted such motion
in an action to restrain the defendant mayor from executing

and delivering to the defendant United Traction Company a certain franchise for the construction of a street railway.

The following question was certified: "Does the complaint herein state facts sufficient to constitute a cause of action?"

*George B. Wellington, Corporation Counsel, Lewis E. Carr* and *John E. MacLean* for appellants.

*Thomas O'Connor* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative, on authority of the case of *Village of Phœnix* v. *Gannon* (195 N. Y. 471).

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.